PEOPLE ex rel. SCIARILLO, Appellant, v. HENNESSY et al., Respondents. (Supreme Courts, Appellate Division, First Department. October 18, 1912.) Proceeding by the People of the State of New York, on the relation of Michele Sciarillo, against Joseph P. Hennessy and others. J. R. McMullen, of New York

City, for appellant. C. J. Nehrbas, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements, on opinion in Flaxman v. Hennessy, 74 Misc. Rep. 166, 134 N. Y. Supp. 145, affirmed on opinion below, 149 App. Div. 952, 134 N. Y. Supp. 1143. Order filed.